## Haburshock et ux. v. Domin, Appellant et al.

Argued June 11, 1974. *Joseph J. Musto,* with him *Bedford, Waller, Griffith, Darling & Mitchell,* for appellant; *Thomas J. Carlyon,* with him *Joseph J. Ustynoski,* and *Falvello, Ustynoski, Giuliani & Bernstein,* for appellees.

Judgment affirmed.

JACOBS and PRICE, JJ., absent.